**From:** "Scott Davis" <scottdavis@selectspacelogistics.com>
**Subject: FW: Outstanding Invoices - Lantmannen Payment info for ACH Payment**
**Date:** September 22, 2012 7:05:34 PM EDT
**To:** <dempsey_daniel@att.net>

Thank you

Scott E. Davis  |  General Manager  |  Select Space Logistics Company
H. 863-551-9595  |  F. 863-551-9662  |  C. 407-402-3911  |  scottdavis@selectspacelogistics.com

**From:** Bernie Barron [mailto:bernie.barron@lantmannen.com]
**Sent:** Friday, September 21, 2012 1:51 PM
**To:** Scott Davis
**Cc:** Carlos Hernandez; Gabriele Culbreath
**Subject:** RE: Outstanding Invoices - Lantmannen Payment info for ACH Payment

Hi Scott

I have scheduled an ACH payment for Tuesday, September 25, 2012 for the amount of $130,026.28. I will email you a payment advice after the payment has been processed.

Thank Yo

Bernie Barro

**From:** Scott Davis [mailto:scottdavis@selectspacelogistics.com]
**Sent:** Friday, September 21, 2012 11:08 AM
**To:** Bernie Barron
**Cc:** Carlos Hernandez
**Subject:** FW: Outstanding Invoices

Bernie

here any way you can help us out and let us know the status of these invoice

Thank you

Scott E. Davis                                                                 scottdavis@selectspacelogistics.com

**From:** Joy Primavera [mailto:joy@selectspacelogistics.com]
**Sent:** Wednesday, September 19, 2012 10:35 AM

**To:** bernie.barron@lantmannen.com
**Subject:** Outstanding Invoices

Good morning, Can you let me know if any of the following invoices have been processed for payment. We have a few invoices that are over 60 days old. Please send me a payment status on these invoice.
Thank you

| Customer | Tot Outstanding | < 30 Days | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|
| Lantmannen | $ 241,184.62 | $ 26,928.29 | $ 190,455.37 | $ 22,463.19 |

| | | | | | |
|---|---|---|---|---|---|
| 200199 | 7/20/12 | DES PLAINES, IL | 158677 | $ 2,523.60 | $ 635.97 |
| 212545 | 7/20/12 | NEW IBERIA, LA | 141398 | $ 1,500.00 | |
| 198186 | 7/21/12 | SAINT CLOUD, MN | 72009 | $ 2,729.80 | $ 679.37 |
| 198187 | 7/21/12 | AUGUSTA, ME | 72015 | $ 2,870.65 | $ 674.45 |
| 198188 | 7/21/12 | ANKENY, IA | 72016 | $ 3,216.00 | $ 760.55 |
| 198203 | 7/21/12 | WILMINGTON, MA | 72012 | $ 2,804.95 | $ 593.27 |
| 212567 | 7/21/12 | NORWICH, CT | 72013 | $ 2,844.00 | $ 630.58 |
| 198191 | 7/22/12 | HOUSTON, TX | 72011 | $ 2,293.20 | $ 517.83 |
| 198205 | 7/22/12 | LUBBOCK, TX | 72014 | $ 2,396.60 | $ 663.04 |
| 212566 | 7/22/12 | MENTON, OH | 72010 | $ 3,044.40 | $ 705.61 |
| 212554 | 7/23/12 | ST. PETERSBURG, FL | SHUTTLE | $ 400.00 | |
| 212564 | 7/23/12 | HOUSTON, TX | 72312 | $ 2,200.64 | $ 433.44 |
| 212565 | 7/23/12 | JERSEY CITY, NJ | 72310 | $ 2,182.20 | $ 505.25 |
| 198189 | 7/24/12 | SAN ANTONIO, TX | 72311 | $ 3,232.88 | $ 617.48 |
| 198190 | 7/24/12 | HARRISBURG, PA | 724185 | $ 2,043.20 | $ 457.09 |
| 198212 | 7/24/12 | ATLANTA, GA | 72415 | $ 2,111.60 | $ |

|  |  |  |  |  | 470.42 |
|---|---|---|---|---|---|
| 212558 | 7/24/12 | ST. PETERSBURG, FL | SHUTTLE | $ 400.00 |  |
| 212568 | 7/24/12 | SUFFOLK, VA | 72313 | $ 1,512.40 | $ 340.13 |
| 212561 | 7/25/12 | WEST PALM BEACH, FL | 72416 | $ 456.80 | $ 69.66 |
| 212562 | 7/25/12 | ST. PETERSBURG, FL | SHUTTLE | $ 400.00 |  |
| 212563 | 7/25/12 | MIAMI, FL | 72417 | $ 566.40 | $ 97.18 |
| 198214 | 7/28/12 | LUBBOCK, TX | 72715 | $ 3,198.40 | $ 778.73 |
| 198218 | 7/28/12 | AUGUSTA, ME | 72716 | $ 3,161.30 | $ 703.05 |
| 198223 | 7/28/12 | ROGERS, MN | 72712 | $ 2,806.90 | $ 707.78 |
| 198211 | 7/29/12 | LA GRANGE, IL | 72713 | $ 2,611.60 | $ 627.37 |
| 213676 | 7/29/12 | REFER TRLR USAGE |  | $ 1,257.78 |  |
| 198213 | 7/30/12 | ATLANTA, GA | 73013 | $ 701.00 | $ 199.95 |
| 198215 | 7/30/12 | SUFFOLK, VA | 73015 | $ 1,724.20 | $ 399.04 |
| 198217 | 7/30/12 | HOUSTON, TX | 73014 | $ 1,810.80 | $ 439.46 |
| 198219 | 7/30/12 | CLEVELAND, OH | 73011 | $ 2,921.75 | $ 683.70 |
| 198220 | 7/30/12 | SALEM, VA | 73016 | $ 1,973.60 | $ 408.07 |
| 198243 | 7/30/12 | JAMAICA, NY | 73017 | $ 1,785.00 | $ 548.25 |
| 198245 | 7/30/12 | NORWICH, CT | 73012 | $ 2,329.60 | $ 715.52 |
| 198208 | 7/31/12 | MIAMI, FL | 73115 | $ 285.60 | $ 87.72 |
| 198209 | 8/1/12 | MIAMI, FL | 73117 | $ 675.80 | $ 106.21 |
| 198210 | 8/1/12 | WEST PALM BEACH, FL | 73116 | $ 556.80 | $ 69.66 |
| 198216 | 8/3/12 | FOGELSVILLE, PA | 730 | $ 1,600.20 | $ 491.49 |
| 198255 | 8/4/12 | DES PLAINES, IL | 80408 | $ 2,535.40 | $ 565.88 |

| | | | | | |
|---|---|---|---|---|---|
| 198265 | 8/4/12 | MENTOR, OH | 80405 | $ 3,343.80 | $ 788.48 |
| 198266 | 8/4/12 | ROGERS, MN | 80407 | $ 3,066.50 | $ 793.76 |
| 198306 | 8/4/12 | CEDAR RAPIDS, IA | 80406 | $ 2,400.00 | $ 563.30 |
| 198269 | 8/5/12 | PEABODY, MA | 80404 | $ 2,636.15 | $ 621.72 |
| 198276 | 8/5/12 | CEDAR FALLS, IA | 80409 | $ 3,239.80 | $ 795.08 |
| 198267 | 8/6/12 | BENSENVILLE, IL | 80618 | $ 1,712.15 | $ 523.60 |
| 198268 | 8/6/12 | HOUSTON, TX | 80619 | $ 1,824.80 | $ 443.08 |
| 198275 | 8/6/12 | JERSEY CITY, NJ | 80622 | $ 2,747.90 | $ 608.96 |
| 198278 | 8/6/12 | AUGUSTA, ME | 80620 | $ 2,672.25 | $ 678.92 |
| 198279 | 8/6/12 | AMARILLO, TX | 80617 | $ 3,122.00 | $ 794.20 |
| 198284 | 8/6/12 | CLIFTON PARK, NY | 80621 | $ 2,627.42 | $ 612.92 |
| 198260 | 8/7/12 | OAKWOOD, GA | 80624 | $ 1,337.60 | $ 312.40 |
| 198264 | 8/7/12 | SALEM, VA | 80623 | $ 1,909.60 | $ 402.16 |
| 198280 | 8/7/12 | HOUSTON, TX | 80717 | $ 1,541.60 | $ 448.36 |
| 198256 | 8/8/12 | WINTER HAVEN, FL | 159194 | $ 95.20 | $ 29.92 |
| 198257 | 8/8/12 | MIAMI, FL | 80719 | $ 776.80 | $ 115.28 |
| 198259 | 8/8/12 | WEST PALM BEACH, FL | 80720 | $ 491.80 | $ 71.28 |
| 198277 | 8/8/12 | CONCORD, NC | 80718 | $ 1,219.40 | $ 262.24 |
| 198313 | 8/11/12 | ST. CLOUD, MN | 81108 | $ 3,173.60 | $ 802.56 |
| 198314 | 8/11/12 | JAMAICA, NY | 81105 | $ 2,188.10 | $ 546.92 |
| 198326 | 8/11/12 | MINNEAPOLIS, MN | 81104 | $ 3,281.05 | $ 836.88 |
| 198328 | 8/11/12 | PLYMPTON, MA | 81106 | $ 3,321.80 | $ 661.76 |
| 198315 | 8/12/12 | LEWISVILLE, TX | 81108 | $ 2,059.80 | $ |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 553.08 |
| 198340 | 8/12/12 | ROCHESTER, NY | 81107 | $ 2,505.35 | $ 641.96 |
| 198305 | 8/13/12 | ELLENWOOD, GA | 81314 | $ 954.80 | $ 198.90 |
| 198312 | 8/13/12 | ATLANTA, GA | 81318 | $ 873.00 | $ 222.75 |
| 198321 | 8/13/12 | SUFFOLK, VA | 81317 | $ 1,862.80 | $ 417.15 |
| 198323 | 8/13/12 | PATERSON, NJ | 81315 | $ 3,008.05 | $ 219.65 |
| 198324 | 8/13/12 | ROANOKE, TX | 81314 | $ 2,783.70 | $ 689.85 |
| 198341 | 8/13/12 | COPPELL, TX | 81316 | $ 2,267.80 | $ 561.15 |
| 198342 | 8/13/12 | AUGUSTA, ME | 81313 | $ 2,706.25 | $ 694.50 |
| 198343 | 8/14/12 | HOLTSVILLE, NY | 81300 | $ 2,096.95 | $ 541.35 |
| 198311 | 8/15/12 | MIAMI, FL | 81419 | $ 504.80 | $ 104.40 |
| 198353 | 8/13/12 | NEW BERLIN, WI | 81312 | $ 2,905.40 | $ 758.70 |
| 198352 | 8/22/12 | MIAMI, FL | 82121 | $ 739.80 | $ 118.22 |
| 198355 | 8/23/12 | W. PALM BEACH | 82122 | $ 456.80 | $ 74.52 |
| 198356 | 8/24/12 | MIAMI, FL | 106352 | $ 285.60 | $ 93.84 |
| 198357 | 8/20/12 | INDIANAPOLIS, IN | 82016 | $ 2,206.60 | $ 549.24 |
| 198358 | 8/21/12 | ANKENY, IA | 82015 | $ 2,949.20 | $ 785.68 |
| 198359 | 8/18/12 | MELROSE PARK, IL | 81806 | $ 2,487.00 | $ 601.22 |
| 198360 | 8/18/12 | GRAND RAPIDS, MI | 81804 | $ 2,740.60 | $ 701.04 |
| 198361 | 8/18/12 | LEWISVILLE, TX | 81807 | $ 2,601.40 | $ 678.96 |
| 198362 | 8/18/12 | AUGUSTA, ME | 81809 | $ 2,923.75 | $ 733.24 |
| 198363 | 8/18/12 | E. ROCHESTER, NY | 81808 | $ 2,951.30 | $ 794.88 |
| 198364 | 8/18/12 | COPPELL, TX | 81805 | $ 1,925.00 | $ 568.10 |

| | | | | | |
|---|---|---|---|---|---|
| 198365 | 8/20/12 | ROGERS, MN | 82013 | $ 2,822.45 | $ 737.84 |
| 198366 | 8/20/12 | MANASSAS, VA | 82017 | $ 2,156.60 | $ 526.24 |
| 198376 | 8/20/12 | JERSEY CITY, NJ | 82014 | $ 2,414.60 | $ 571.78 |
| 198388 | 8/26/12 | HOUSTON, TX | 82415 | $ 1,996.60 | $ 490.68 |
| 198387 | 8/26/12 | MINNEAPOLIS, MN | 82412 | $ 2,890.75 | $ 794.30 |
| 198386 | 8/25/12 | AUGUSTA, ME | 82411 | $ 2,901.40 | $ 739.78 |
| 198385 | 8/26/12 | ST. LOUIS, MO | 82414 | $ 3,148.40 | $ 813.57 |
| 198384 | 8/26/12 | HAMTRAMCK, MI | 82413 | $ 1,678.25 | $ 554.60 |
| 198383 | 8/21/12 | HOUSTON, TX | 82018 | $ 1,892.00 | $ 462.30 |
| 198382 | 8/21/12 | PHILADELPHIA, PA | 82021 | $ 2,498.50 | $ 563.50 |

Joy Primavera  
Select Space Logistics  
Accounts Receivable  
ph# 863-551-9595  
fax# 863-551-9662  
email joy@selectspacelogistics.com